UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA CHACON, | ) | Civ. 07-4043-KES |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| MIKE JOHANNS, Secretary of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; and KEVIN LINDBERGH, an individual, | ) | |
| Defendants. | ) | |

Pursuant to the stipulation for dismissal and upon consideration, it is hereby

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed on its merits, with prejudice, and without costs to any of the parties.

Dated November 16, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE